Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer B. Lustig, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
Telephone:    (702) 784-5200
Facsimile:    (702) 784-5252
kdove@swlaw.com
jlustig@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ONE NEVADA CREDIT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.;<br>DOES I through X, inclusive; and ROE<br>CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:  2:26-cv-00115-ART-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[SECOND REQUEST]** |

THIS STIPULATION is entered into by and between Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiff One Nevada Credit Union ("Plaintiff", and together with Wells Fargo, the "Parties"), by and through their respective counsel of record, to extend Wells Fargo's deadline to respond to Plaintiff's Complaint from February 27, 2026 until March 27, 2026 based on the following.  This is the Parties' second request to extend the deadline for Wells Fargo to respond to the Complaint.

1.    Plaintiff filed the Complaint on December 18, 2025.

2.    Plaintiff served the Summons and Complaint on Wells Fargo on December 22, 2025.

3.    Wells Fargo timely removed this action to this Court on January 20, 2026.

4.    Based on the date of removal, Wells Fargo's original deadline to respond to the Complaint was January 27, 2026.

5.    On January 26, 2026, the Parties filed a Stipulation to Extend Wells Fargo's deadline to respond to the Complaint ("First Stipulation") [ECF No. 4.]  The Court granted the First Stipulation on January 29, 2026 [ECF No. 5.]

6.    The Parties continue actively engaging in early resolution discussions.  To allow settlement discussions to develop prior to incurring unnecessary legal fees, the Parties seek a second extension of time for Wells Fargo to respond to the Complaint.

**NOW, THEREFORE**, based on the foregoing and subject to Court approval, the Parties agree as follows:

1.    The Parties stipulate and agree to extend the deadline for Wells Fargo to respond to the Complaint, up to and including **March 27, 2026**, to allow the Parties additional time to develop early resolution discussions prior to incurring unnecessary legal fees.

2.    This extension request is sought in good faith and is not made for the purpose of delay.

**IT IS SO STIPULATED** this 27th day of February, 2026.

KEMP JONES, LLP

By: */s/ Madison S. Florance*
     Spencer Gunnerson (NV Bar No. 8810)
     Madison S. Florance (NV Bar No. 14229)
     3800 Howard Hughes Pkwy., 17th Floor
     Las Vegas, NV 89169

*Attorneys for Plaintiff*
*One Nevada Credit Union*

SNELL & WILMER L.L.P.

By: */s/ Jennifer B. Lustig*
     Kelly H. Dove (NV Bar No. 10569)
     Jennifer B. Lustig (NV Bar No. 9110)
     1700 S. Pavilion Center Drive, Ste. 700
     Las Vegas, Nevada 89135

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

. . .

. . .

- 2 -

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

## ORDER

Upon stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the deadline for Defendant Wells Fargo Bank, N.A. to respond to the Complaint shall be extended until March 27, 2026.

**IT IS SO ORDERED.**

Dated: ___3/2/2026_____

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

SNELL & WILMER L.L.P.

_/s/ Jennifer L. Lustig_
Kelly H. Dove (NV Bar No. 10569)
Jennifer B. Lustig, Esq. (NV Bar No. 9110)
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135

_Attorneys for Defendant_
_Wells Fargo Bank, N.A._

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, I electronically filed the foregoing **STIPULATION TO EXTEND WELLS FARGO BANK, N.A.'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT [SECOND REQUEST]** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system, and mailed it to the address listed below by U.S. Mail.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

> Spencer Gunnerson, Esq.
> Madison S. Florance, Esq.
> KEMP JONES, LLP
> 3800 Howard Hughes Pkwy., 17th Floor
> Las Vegas, NV 89169
> *Attorneys for Plaintiff*

DATED February 27, 2026.

/s/ Lisa M. Noltie
An employee of SNELL & WILMER L.L.P.

4933-6016-3474

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

- 4 -