

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ONE NEVADA CREDIT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.;<br>DOES I through X, inclusive; and ROE<br>CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-00115-ART-DJA<br><br>ORDER GRANTING<br>Stipulation for Dismissal with<br>Prejudice |

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiff One Nevada Credit Union ("Plaintiff", and together with Wells Fargo, the "Parties") have resolved all claims, disputes, and differences in this litigation.  Therefore, Plaintiff and Wells Fargo, by and through their respective attorneys of record, hereby stipulate and agree as follows:

1.      An order shall be entered dismissing all claims and causes of actions asserted against Wells Fargo in this action, with prejudice;

2.      Any outstanding hearings and deadlines shall be vacated; and

/ / /

3.     The Parties shall bear their own attorneys' fees and costs associated with this action.

**IT IS SO STIPULATED** this 23rd day of April, 2026.

KEMP JONES, LLP                                    SNELL & WILMER L.L.P.

By: */s/  Madison S. Florance*                     By: */s/ Jennifer B. Lustig*
   Spencer Gunnerson (NV Bar No. 8810)           Kelly H. Dove (NV Bar No. 10569)
   Madison S. Florance (NV Bar No. 14229)        Jennifer B. Lustig (NV Bar No. 9110)
   3800 Howard Hughes Pkwy., 17th Floor           1700 S. Pavilion Center Drive, Ste. 700
   Las Vegas, NV 89169                           Las Vegas, Nevada 89135
   *Attorneys for Plaintiff*                      *Attorneys for Defendant*
   *One Nevada Credit Union*                      *Wells Fargo Bank, N.A.*

### **ORDER**

Upon stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that all claims and causes of actions asserted by Plaintiff One Nevada Credit Union against Wells Fargo Bank, N.A. in this action are dismissed with prejudice;

**IT IS FURTHER ORDERED** that all outstanding hearings and deadlines are vacated; and

**IT IS FURTHER ORDERED** that the Parties shall bear their own attorneys' fees and costs associated with this action.

**IT IS SO ORDERED.**

DATED THIS 23rd day of April, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Jennifer L. Lustig*
_____
Kelly H. Dove (NV Bar No. 10569)
Jennifer B. Lustig, Esq. (NV Bar No. 9110)
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

- 2 -